RECEIVED
IN MONROE, LA
FEB 23 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JOHN J. HALL | CIVIL ACTION NO. 06-2177 |
| VERSUS | JUDGE ROBERT G. JAMES |
| TIM WILKINSON, WARDEN | MAG. JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 4], and after an independent review of the record including the objection filed by Petitioner [Doc. No. 5], and having determined that the findings and recommendation are correct under the applicable law,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner's Petition for Writ of *Habeas Corpus* is DENIED AND DISMISSED WITH PREJUDICE as time-barred by the provisions of 28 U.S.C. §2244(d).

MONROE, LOUISIANA this 23 day of February, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE